**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| YOSVANY PEREZ PACHECO, ) | |
|     Debtor. ) | CASE NO: 24-10104-LMI |
| ------------------------------) | ----------------------------------- |
| SYNOVUS BANK, ) | |
|     Plaintiff. ) | ADVERSARY CASE NO: |
| v. ) | |
| YOSVANY PEREZ PACHECO, ) | |
|     Defendant. ) | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
**UNDER 11 U.S.C. §§ 523{a){2)(B)**

COMES NOW Synovus Bank, ("Plaintiff' or alternatively, "Synovus" or "Bank"), a creditor in the above styled case, and files this its Complaint seeking a determination of the dischargeability of the debt owed to Plaintiff under 11 U.S.C. §§ 523(a)(2)(B) and respectfully shows the Court as follows:

1.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(1).

2.

This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and pursuant to 11 U.S.C. § 523.

3.

Venue is proper pursuant to 28 U.S.C § 1409, as this is an adversary proceeding arising in and related to the Debtor's Chapter 7 case, Case No. 24-10104-LMI, which is pending in the Bankruptcy Court for the Southern District of Florida, Miami Division. This proceeding is initiated pursuant to Federal Rule of Bankruptcy Procedure 7001(6).

4.

Yosvany Perez Pacheco ("Defendant") filed a petition constituting an order for relief under 11 U.S.C. Chapter 7 on January 5, 2024. Thus Defendant has subjected himself to the jurisdiction of this Court.

5.

Defendant resides at 12465 NW 7 St, Miami, Florida 33182, and may be served there via first class mail as provided by Federal Rules of Bankruptcy Procedure 7004(b)(1) and (b)(9). The Debtor's attorney may be served at 8660 West Flagler Street, Miami, FL 33144, pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(9).

6.

On December 1, 2021, Defendant submitted a Credit Application with Synovus for an unsecured consumer loan in the amount of $15,000.00. A true and correct copy of the Application, (redacted for SSN and DOB) is attached hereto and incorporated herein as Exhibit "A".

7.

On the Credit Application, Defendant lists that his current employer was Sunbelt Industrial, where he stated he had worked for 5 years, and was making $11,333.33 per month in construction. The Debtor also submitted a list of outstanding debts, which did not include a loan with TD Bank, in the amount of $100,000, dated July 8, 2021, where he personally guaranteed a loan to IG Trucks Inc., which listed its chief executive office at the same address as the Debtor.

8.

Defendant was approved for a consumer fixed rate loan with Synovus, Account Number x9663, that was dated December 1, 2021, in the amount of $15,035.44, with an interest rate of

8.805%.  The Debtor provided to make 36 monthly payments in the amount of $476.76 beginning on January 1, 2022.  The Defendant made one payment on this loan in the amount of $160.44 on January 20, 2022.  The note was charged off on May 31, 2022.  The Defendant owed $15,619.48 as of the date of the charge off.

9.

Credit by virtue of the Credit Application was extended to Defendant in reliance on and in consideration of the Credit Application.

10.

Defendant ratified the Note, Disclosure and Security Agreement ("Note" by the use and acceptance of the benefit of the loan. Under the terms of the consumer fixed rate loan, Defendant was to make regular monthly payments on the debt accrued through use of the consumer fixed rate loan. A true and correct copy of the Note, (redacted for personal identifiers) is attached hereto and incorporated herein as Exhibit "B".

11.

Defendant defaulted under the terms and conditions of the Note by virtue of his failure to make payments as the payments came due in accordance with the terms of the same. Accordingly, all indebtedness under the Note has been accelerated and is immediately due and owing.  The Defendant owed $15,619.48 as of May 31, 2022.

12.

On December 1, 2021 Defendant submitted a Synovus Rewards Visa Application with Synovus and was approved with a credit line of $20,000.00.  A true and correct copy of the Application, (redacted for SSN and DOB) is attached hereto and incorporated herein as Exhibit "C".

13.

On the Synovus Rewards Visa Application, Defendant lists that his current employer was Sunbelt Industrial, with an annual salary of $136,000.00.

14.

The Debtor used the Synovus Vias for 2 transactions: 1. He charged $9,800.00 at Auto Alliance LLC in Miami Florida on December 13, 2021; 2. He charged $10,000.00 at Mayors in Coral Gables, Florida, on December 15, 2021. Upon information and belief, Auto Alliance is a car dealer, and Mayors is a jewelry store. The Debtor never made a payment on the Visa account after incurring these charges. A true and correct copy of the Synovus Account Statement is attached hereto and incorporated herein as Exhibit "D".

15.

Credit by virtue of the Credit Card Account was extended to Nears in reliance on and in consideration of the Credit Card Application.

16.

Defendant ratified the Credit Card Agreement by the use and acceptance of the benefit of the credit card. Under the terms of the Credit Card Agreement, Defendant was to make regular monthly payments on the debt accrued through use of the credit card. Defendant incurred charges of $19,800.00 in two transactions within two weeks of obtaining the Credit Card.

17.

Defendant defaulted under the terms and conditions of the Credit Card Agreement by virtue of his failure to make payments as the payments came due in accordance with the terms of the same. Accordingly, all indebtedness under the Credit Card Agreement has been

accelerated and is immediately due and owing.

## COUNT 1-11 U.S.C. § 523(a)(2)(B)

18.

The Applications submitted to Synovus by Defendant were materially false. The Applications stated that Defendant had been employed with Sunbelt Industrial, where he stated he had worked for 5 years, and was making $11,333.33 per month in construction.

19.

The Applications were materially false as to the Defendant's financial condition and Synovus reasonably relied on the Applications. Synovus would not have approved the Note or the Credit Card had it known the Defendant's actual gross monthly income and the additional obligation of over $100,000 which he had personally guaranteed less than 5 months earlier.

20.

The submission of the materially false Applications to Synovus by Defendant renders the debt non-dischargeable pursuant to § 523(a)(2)(B).

WHEREFORE, Plaintiff respectfully requests that the Court enter a judgment against the Defendant in favor of the Plaintiff on all counts and order that:

1) Defendant be held liable to Plaintiff and his debt to Plaintiff be held nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(B);

2) Defendant be held liable to Plaintiff in the amount of not less than $35,419.48;

3) For such other and further relief as this Court deems just and proper.

This the 8th day of April, 2024         By:

/s/ Paul W. Burke
Paul W. Burke
Florida Bar Number 0376841
Attorney for Creditor

Burke Moore Law Group, LLP
235 Peachtree Street NE
Suite 1900
Atlanta, GA 30303
(877) 219-5222
bankruptcy@burkemoore.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **8th** day of **April, 2024**, I electronically filed the foregoing **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. §§ 523{a){2)(B)** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

**Yosvany Perez Pacheco**
12465 NW 7 St
Miami, FL 33182

**Yosvany Perez Pacheco**
c/o **Michael J Brooks, Esq**
8660 West Flagler Street
Miami, FL 33144

**Marcia T Dunn**
Chapter 7 Trustee
66 West Flagler Street, Ste 400
Miami, FL 33130

U.S. Trustee
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

Dated: **April 8, 2024**

/s/ Paul W. Burke
Paul W. Burke
Burke Moore Law Group, LLP
235 Peachtree Street NE
Suite 1900
Atlanta, GA 30303