

ORDERED in the Southern District of Florida on May 14, 2024.

*[signature]*

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| YOSVANY PEREZ PACHECO, | ) | |
|     Debtor. | ) | CASE NO: 24-10104-LMI |
| ------------------------------- | )------------------------------- | |
| SYNOVUS BANK, | ) | |
|     Plaintiff. | ) | ADVERSARY CASE NO: 24-01255-LMI |
| v. | ) | |
| YOSVANY PEREZ PACHECO, | ) | |
|     Defendant. | ) | |

### CONSENT JUDGMENT

**WHEREAS**, on or about January 5, 2024, Yosvany Perez Pacheco ("Debtor") commenced the above-captioned bankruptcy case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et. seq.; and

**WHEREAS**, on or about April 8, 2024, Plaintiff Synovus Bank ("Plaintiff") commenced the above-captioned proceeding against the Debtor to contest the dischargeability of a pre-petition debt to Plaintiff under 11 U.S.C. § 523(a)(2)(B); and

**WHEREAS**, the parties have filed a motion requesting that this Court approve and enter this judgment as a full and final resolution of this adversary proceeding;

**NOW, THEREFORE,** having considered the parties' motion, the pleadings, and all other matters of record, it is hereby

**ORDERED that** Plaintiff shall have and recover judgment against the Debtor for the amount of $35,419.48 to be paid at a monthly payment of $300.00 per month for five (5) years, and at the end of the five (5) years the remaining balance will be accelerated to be payable in full; if is further

**ORDERED that** this judgment is declared and shall be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(B) in the above-captioned bankruptcy case of the Debtor and any subsequent bankruptcy case commenced by or against the Debtor; it is further

**ORDERED that** this is the final judgment in the above captioned adversary proceeding for all purposes.

Consented to by:

/s/ *Paul W. Burke*
Paul W. Burke
Florida Bar Number 376841
*Attorney for Creditor*
Burke Moore Law Group, LLP
235 Peachtree Street NE, Suite 1900
Atlanta, GA 30303
(877) 219-5222
bankruptcy@burkemoore.com

Consented to by:

/s/ *Michael J Brooks, Esq*
Michael J Brooks, Esq.
Florida Bar Number 434442
*Attorney for Debtor*
8660 West Flagler Street
Miami, FL 33144
(877) 290-9197
pleadings@bankruptcynow.com

(Signatures continued on next page)

Consented to by:

/s/ *Yosvany Perez Pacheco*
Yosvany Perez Pacheco
Debtor
12465 NW 7 St
Miami, FL 33182

DISTRIBUTION LIST

Yosvany Perez Pacheco
12465 NW 7 St
Miami, FL 33182

Yosvany Perez Pacheco
c/o Michael J Brooks, Esq
8660 West Flagler Street
Miami, FL 33144

Synovus Bank
c/o Paul W. Burke
Burke Moore Law Group, LLP
235 Peachtree Street NE
Suite 1900
Atlanta, GA 30303